# SCHEDULE 1

**DEFENDANT 1:**

Selling Account Name: amllboCards[1]

| Purported Product | Confirmation of Counterfeit |
|---|---|
| Video Games Covers Poster, The Perfect Wall Decor for Game Fans, 50-Pcs 4x6 Inch Print Poster Pack<br><br>ASIN:[2] B09WCW4V6S<br><br>Registrations Infringed (International Trademark Class(es)):<br>• 2,358,736 (16)<br>• 2,515,001 (16)<br>• 6,082,304 (16)<br>• 6,109,886 (16)<br>• 6,187,440 (16)<br>• 6,291,670 (16)<br>• 6,829,861 (16) | • On or about March 28, 2023, Amazon sent to Nintendo a sample of the product this defendant shipped to Amazon in preparation for sale to customers.<br>• Nintendo received and inspected the sample product and confirmed it is counterfeit based on deviations from Nintendo's authentic product and packaging.<br>• Amazon reviewed an invoice provided to it in connection with this Selling Account. Based on several indicators of inauthenticity, Amazon believes this invoice was fabricated. |

**DEFENDANT 2:**

Selling Account Name: Blkei*
Dates of Known Sales of Infringing Products: November 19, 2021 – January 18, 2023

| Purported Product | Confirmation of Counterfeit |
|---|---|
| 32-Pcs Cards Box for Zelda Amiibo. Fits BOTW Link Breath of The Wild<br><br>ASIN[1]: B0B2LB9Y7V<br><br>Registrations Infringed (International Trademark Class(es)):<br>• 2,578,692 (9)<br>• 3,408,725 (9)<br>• 3,447,655 (9) | • On or about March 28, 2023, Amazon sent to Nintendo a sample of the product sold by this defendant.<br>• Nintendo received and inspected the sample product and confirmed it is counterfeit based on deviations from Nintendo's authentic product and packaging. |

---

[1] Defendants previously registered this Selling Account under the name "wxfhome."

[2] ASIN is an abbreviation of "Amazon Standard Identification Number," which is a unique series of ten alphanumeric characters that is assigned to each product listed for sale on Amazon's stores for identification purposes

[*] The Selling Accounts with an asterisk (*) next to their name shipped products bearing counterfeit versions of the Nintendo Trademarks to consumers in Washington.

| Purported Product | Confirmation of Counterfeit |
|---|---|
| - 4,946,348 (9)<br>- 5,192,374 (28)<br>- 5,277,680 (9)<br>- 6,213,745 (9) | - Amazon reviewed an invoice provided to it in connection with this Selling Account. Based on several indicators of inauthenticity, Amazon believes this invoice was fabricated. |
| 32-Pcs Zleda [sic] NFC Cards Box for TLOZ Amiibo. Compatible Switch Games BOTW Link<br><br>ASIN: B0B8YMKZRQ<br><br>Registrations Infringed (International Trademark Class(es)):<br>- 3,408,763 (9)<br>- 5,192,374 (28)<br>- 5,277,680 (9)<br>- 6,110,151 (9)<br>- 6,213,745 (9) | - On or about March 28, 2023, Amazon provided Nintendo with images of a sample of the product sold by this defendant.<br>- Nintendo examined the images of the product and confirmed that it is counterfeit based on deviations from Nintendo's authentic product and packaging. |
| BLUEGALA Newest 25-Pack Zelda Amiibo Cards, Breathe of The Wild Items Cards<br><br>ASIN: B09L8882QQ<br><br>Registrations Infringed (International Trademark Class(es)):<br>- 2,578,692 (9)<br>- 3,408,725 (9)<br>- 3,447,655 (9)<br>- 4,863,365 (9; 28)<br>- 4,905,782 (28)<br>- 4,946,348 (9)<br>- 4,988,289 (9; 28; 41)<br>- 5,192,374 (28)<br>- 5,277,680 (9)<br>- 6,213,745 (9) | - On or about March 28, 2023, Amazon provided Nintendo with images of a sample of the product sold by this defendant.<br>- Nintendo examined the images of the product and confirmed that it is counterfeit based on deviations from Nintendo's authentic product and packaging. |

**DEFENDANT 3:**

Selling Account Name: chengdahuo[3]*
Dates of Known Sales of Infringing Products: March 3, 2023 – April 2, 2023

| Purported Product | Confirmation of Counterfeit |
|---|---|
| 32 Pcs Zelda Series NFC Cards, fits Switch Games Legend of Zelda Tears of The Kingdom BOTW<br><br>ASIN: B0BWQBBRDM<br><br>Registrations Infringed (International Trademark Class(es)):<br>• 3,408,763 (9)<br>• 5,192,374 (28)<br>• 5,277,680 (9)<br>• 6,110,151 (9)<br>• 6,213,745 (9) | • On or about March 28, 2023, Amazon provided Nintendo with images of samples of the product sold by this defendant.<br><br>• Nintendo examined the images of the product and confirmed that it is counterfeit based on deviations from Nintendo's authentic product and packaging. |

**DEFENDANT 4:**

Selling Account Name: chiaofushi*
Dates of Known Sales of Infringing Products: July 5, 2022 – November 30, 2022

| Purported Product | Confirmation of Counterfeit |
|---|---|
| Series 5 Cards Box for Animal Crossing Amiibo Cards. 54-pcs No Repeat<br><br>ASIN: B0B3C7BT8D<br><br>Registrations Infringed (International Trademark Class(es)):<br>• 4,863,365 (9; 28) | • On or about March 28, 2023, Amazon sent to Nintendo a sample of the product sold by this defendant.<br><br>• Nintendo received and inspected the sample product and confirmed it is counterfeit based on deviations from Nintendo's authentic product and packaging.<br><br>• Amazon reviewed an invoice provided to it in connection with this Selling Account. Based on several indicators of inauthenticity, Amazon believes this invoice was fabricated. |

---

[3] Defendants previously registered this Selling Account under the name "tatelie."

**DEFENDANT 5:**

Selling Account Name: FYHALE DIRECT*
Dates of Known Sales of Infringing Products: July 12, 2022 – January 18, 2023

| Purported Product | Confirmation of Counterfeit |
|---|---|
| 32-Pcs Zelda Series Cards Box for Zelda Amiibo, fits Wii U/ Switch Games Legend of Zelda BOTW<br><br>ASIN: B0B5Z2K9G3<br><br>Registrations Infringed (International Trademark Class(es)):<br>• 3,408,763 (9)<br>• 5,192,374 (28)<br>• 5,277,680 (9) | • On or about March 28, 2023, Amazon provided Nintendo with images of a sample of the product sold by this defendant.<br>• Nintendo examined the images of the product and confirmed that it is counterfeit based on deviations from Nintendo's authentic product and packaging.<br>• Amazon reviewed an invoice provided to it in connection with this Selling Account. Based on several indicators of inauthenticity, Amazon believes this invoice was fabricated. |

**DEFENDANT 6:**

Selling Account Name: JiADAN-US*
Dates of Known Sales of Infringing Products: May 13, 2022 – January 17, 2023

| Purported Product | Confirmation of Counterfeit |
|---|---|
| 106-Pcs Series 4 Cards Box for Animal Crossing Amiibo. ACNH Cards Box Mini Cards Size<br><br>ASIN: B0B183BFXS<br><br>Registrations Infringed (International Trademark Class(es)):<br>• 4,863,365 (9; 28) | • On or about March 28, 2023, Amazon sent to Nintendo a sample of the product sold by this defendant.<br>• Nintendo received and inspected the sample product and confirmed it is counterfeit based on deviations from Nintendo's authentic product and packaging. |
| 3-PCS Newest Splatoon 3 NFC Cards for Splatoon Amiibo, fits Switch Games Splatoon Series. Inkling (Yellow)/ Octoling (Blue)/ Smallfry<br><br>ASIN: B0BM47Z1WY<br><br>Registrations Infringed (International Trademark Class(es)):<br>• 4,791,747 (9)<br>• 4,863,365 (9; 28)<br>• 5,228,602 (28) | • On or about March 28, 2023, Amazon provided Nintendo with images of a sample of the product sold by this defendant.<br>• Nintendo examined the images of the product and confirmed that it is counterfeit based on deviations from Nintendo's authentic product and packaging. |

**DEFENDANT 7:**

Selling Account Name: Marsberg*
Dates of Known Sales of Infringing Products: March 18, 2021 – August 23, 2021

| Purported Product | Confirmation of Counterfeit |
|---|---|
| DS Games Card, 208 in 1 Cartridge Multicart. Compatible Nintendo DS, NDS, NDSL, 3DS, 2DS, XL LL, DS Lite<br><br>ASIN: B08YDV7PPH<br><br>Registrations Infringed (International Trademark Class(es)):<br>• 4,234,454 (9)<br>• 5,964,030 (9; 28; 41) | • On or about March 28, 2023, Amazon sent to Nintendo a sample of the product sold by this defendant.<br><br>• Nintendo received and inspected the sample product and confirmed it is counterfeit based on deviations from Nintendo's authentic product and packaging.<br><br>• Amazon reviewed an invoice provided to it in connection with this Selling Account. Based on several indicators of inauthenticity, Amazon believes this invoice was fabricated. |

**DEFENDANT 8:**

Selling Account Name: srhdfbeygfis*
Dates of Known Sales of Infringing Products: July 29, 2021 – October 11, 2021

| Purported Product | Confirmation of Counterfeit |
|---|---|
| 25-Pack Zelda Breathe of The Wild Series NFC Cards<br><br>ASIN: B099QW22PN<br><br>Registrations Infringed (International Trademark Class(es)):<br>• 5,192,374 (28)<br>• 5,277,680 (9)<br>• 6,110,151 (9) | • On or about March 28, 2023, Amazon provided Nintendo with images of samples of the product sold by this defendant.<br><br>• Nintendo examined the images of the product and confirmed that it is counterfeit based on deviations from Nintendo's authentic product and packaging. |

## SCHEDULE 1B

**DEFENDANT 9:**

Selling Account Name: xingfang*
Dates of Known Sales of Infringing Products: March 26, 2021 – April 12, 2021

| Purported Product | Confirmation of Counterfeit |
|---|---|
| 3-PCS Newest Splatoon 3 NFC Cards for Splatoon Amiibo, fits Switch Games Splatoon Series. Inkling (Yellow)/ Octoling (Blue)/ Smallfry<br><br>ASIN: B08YY9V2QR<br><br>Registrations Infringed (International Trademark Class(es)):<br>• 1,689,015 (16; 28; 37)<br>• 2,803,207 (9)<br>• 4,863,365 (9; 28)<br>• 4,905,782 (28)<br>• 4,988,289 (9; 28; 41)<br>• 5,024,203 (28) | • On or about March 28, 2023, Amazon provided Nintendo with images of samples of the product sold by this defendant.<br>• Nintendo examined the images of the product and confirmed that it is counterfeit based on deviations from Nintendo's authentic product and packaging. |