The Honorable Marsha J. Pechman
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and NINTENDO OF AMERICA INC., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Individuals and/or Entities Doing Business as Certain Amazon Selling Accounts Identified in SCHEDULES 1A and 1B; and DOES 1-10,<br><br>Defendants. | No. 2:23-cv-01641-MJP-BAT<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION FOR EXPEDITED DISCOVERY** |

THIS MATTER came before the Court on the *ex parte* motion by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC ("Amazon"), and Nintendo of America, Inc. (together, "Plaintiffs") for leave to serve expedited discovery on third parties (the "Motion"). The Court has considered Plaintiffs' Motion, supporting declarations, and the governing law. Accordingly, it is hereby ORDERED:

Plaintiffs' Motion for Expedited Discovery is **GRANTED** as follows:

Plaintiffs are granted leave, prior to the Rule 26(f) conference, to serve a Rule 45 subpoena to obtain information regarding the identities and locations of Defendants and other

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION FOR EXPEDITED DISCOVERY - 1
(2:23-cv-01641-MJP-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

bad actors involved in the alleged counterfeiting scheme from PingPong Global Solutions. To the extent Plaintiffs identify additional entities or individuals in subpoena responses as having responsive information related to the identity or location of the Defendants or other bad actors responsible for the counterfeiting scheme alleged in the Complaint, Plaintiffs will seek leave from the Court to serve additional Rule 45 subpoenas on those entities or individuals.

Plaintiffs shall, no later than **180 days from the date this Order is signed**, complete pre-service discovery and file: (a) an affidavit proving service; or (b) a motion for an additional extension of the time to serve, detailing Plaintiffs' efforts to complete service and when they expect to complete service.

SO ORDERED this 31st day of January, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

s/ *Scott R. Commerson*
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

s/ *Lauren B. Rainwater*
Lauren B. Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION FOR EXPEDITED DISCOVERY - 2
(2:23-cv-01641-MJP-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax