The Honorable Marsha J. Pechman
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and NINTENDO OF AMERICA INC., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CHEN JING, and individual; ZHOU RONG, an individual; JINGJING SHAO, an individual,<br><br>Defendants. | No. 2:23-cv-01641-MJP-BAT<br><br>**ORDER SETTING DEADLINE TO SERVE DEFENDANTS** |

THIS MATTER came before the Court on the Status Report submitted by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Nintendo of America Inc. (collectively, "Plaintiffs"). The Court has considered Plaintiffs' Status Report and **ORDERS** that Plaintiffs' deadline to serve Defendants, or file a motion for alternative service, shall be **September 27, 2024**.

DATED this 30th day of July, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER SETTING DEADLINE
TO SERVE DEFENDANTS - 1
(2:23-cv-01641-MJP-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1  Presented by:

2  DAVIS WRIGHT TREMAINE LLP
   *Attorneys for Plaintiffs*

3

4  *s/ Lauren B. Rainwater*
   Lauren B. Rainwater, WSBA #43625
5  920 Fifth Avenue, Suite 3300
   Seattle, WA 98104-1604
6  Tel: (206) 622-3150
   Fax: (206) 757-7700
7  Email: laurenrainwater@dwt.com

8  *s/ Scott R. Commerson*
   Scott R. Commerson, WSBA #58085
9  865 South Figueroa Street, Suite 2400
   Los Angeles, CA 90017-2566
10 Tel: (213) 633-6800
   Fax: (213) 633-6899
11 Email: scottcommerson@dwt.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER SETTING DEADLINE
TO SERVE DEFENDANTS - 2
(2:23-cv-01641-MJP-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax