The Honorable Marsha J. Pechman
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and NINTENDO OF AMERICA INC., a Washington corporation,

Plaintiffs,

v.

CHEN JING, and individual; ZHOU RONG, an individual; JINGJING SHAO, an individual,

Defendants.

No. 2:23-cv-01641-MJP-BAT

**ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH *EX PARTE* MOTION FOR ALTERNATIVE SERVICE**

THIS MATTER came before the Court on the *ex parte* Motion by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Nintendo of America Inc. (collectively, "Plaintiffs") for leave to file an over-length e*x parte* motion for alternative service (the "Motion"), pursuant to Local Civil Rule 7(f). The Court, having considered Plaintiffs' Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for alternative service not to exceed 3,700 words.

SO ORDERED this 26th day of September, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 1
(2:23-cv-01641-MJP-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1 | Presented by:

2 | DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

3 |

4 | <u>s/ Lauren Rainwater</u>
Lauren Rainwater, WSBA #43625
5 | 920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
6 | Tel: (206) 622-3150
Fax: (206) 757-7700
7 | Email: laurenrainwater@dwt.com

8 | Scott Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
9 | Los Angeles, CA 90017-2566
Tel: (213) 633-6800
10 | Fax: (213) 633-6899
Email: scottcomemrson@dwt.com

ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 2
(2:23-cv-01641-MJP-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax