1

2

The Honorable Marsha J. Pechman
The Honorable Brian A. Tsuchida

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

AMAZON.COM, INC., a Delaware
corporation; AMAZON.COM SERVICES LLC,
a Delaware limited liability company; and
NINTENDO OF AMERICA INC., a
Washington corporation,

No. 2:23-cv-01641-MJP-BAT

**ORDER GRANTING PLAINTIFFS' *EX
PARTE* MOTION FOR ALTERNATIVE
SERVICE**

13

Plaintiffs,

14

v.

15

16

CHEN JING, and individual; ZHOU RONG, an
individual; JINGJING SHAO, an individual,

17

Defendants.

18

THIS MATTER came before the Court on the *Ex Parte* Motion for Alternative Service

19

("Motion") brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Nintendo

20

of America Inc. (collectively, "Plaintiffs"). The Court having considered Plaintiffs' Motion and

21

finding good cause, it is hereby ORDERED:

22

1.    Plaintiffs' Motion is **GRANTED**.

23

2.    Plaintiffs are authorized to serve the following Defendants via the email addresses

24

listed below:

25

a.    Defendant Chen Jing: bikai7788@126.com; and

26

b.    Defendant Zhou Rong: 18954880306@163.com.

27

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION FOR ALTERNATIVE SERVICE - 1
(2:23-cv-01641-MJP-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

1

2          SO ORDERED this 30th day of September, 2024.

3

4

5          BRIAN A. TSUCHIDA
           United States Magistrate Judge

6

7    Presented by:

8    DAVIS WRIGHT TREMAINE LLP
     *Attorneys for Plaintiffs*

9

10   *s/ Scott Commerson*
     Scott Commerson, WSBA #58085
11   865 South Figueroa Street, Suite 2400
     Los Angeles, CA 90017-2566
12   Tel: (213) 633-6800
     Fax: (213) 633-6899
13   Email: scottcommerson@dwt.com

14   *s/ Lauren Rainwater*
     Lauren Rainwater, WSBA #43625
15   920 Fifth Avenue, Suite 3300
     Seattle, WA 98104-1604
16   Tel: (206) 622-3150
     Fax: (206) 757-7700
17   Email: laurenrainwater@dwt.com

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION FOR ALTERNATIVE SERVICE - 2
(2:23-cv-01641-MJP-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax