The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and NINTENDO OF AMERICA INC., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CHEN JING, and individual; ZHOU RONG, an individual; JINGJING SHAO, an individual,<br><br>Defendants. | No. 2:23-cv-01641-MJP<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO TERMINATE RULE 26 DEADLINES |

THIS MATTER came before the Court on the Plaintiffs' *Ex Parte* Motion to Terminate Rule 26 Deadlines, and the Court having considered the Motion, and finding good cause therefore, the Court ORDERS:

A. Plaintiffs' Motion to Terminate Rule 26 Deadlines is **GRANTED**;

B. All Rule 26 deadlines set in this case (Dkt. 27) are hereby terminated; and

C. Plaintiffs shall move for default judgment by no later than February 11, 2025.

SO ORDERED this 21st day of January, 2025.

*[signature]*

THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING MOTION
TO TERMINATE RULE 26 DEADLINES - 1
(2:23-cv-01641-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Lauren Rainwater*
Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

Scott R. Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

[PROPOSED] ORDER GRANTING MOTION
TO TERMINATE RULE 26 DEADLINES - 2
(2:23-cv-01641-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax