The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and NINTENDO OF AMERICA INC., a Washington corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>CHEN JING, and individual; ZHOU RONG, an individual; JINGJING SHAO, an individual,<br><br>　　　　　　　Defendants. | No. 2:23-cv-01641-MJP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS CHEN JING AND ZHOU RONG** |

THIS MATTER came before the Court on the *Ex Parte* Motion for Default Judgment and Permanent Injunction (the "Motion") brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC (collectively, "Amazon"), and Nintendo of America Inc. ("Nintendo," and with Amazon, "Plaintiffs") against Defendants Chen Jing and Zhou Rong (together, "Defendants"). The Court, having considered Plaintiffs' Motion, this matter's files and records, the governing law, and being fully advised, finds that Plaintiffs have established the liability of Defendants and their entitlement to damages and permanent injunction. Accordingly, the Court ORDERS:

　　　1.　　　Plaintiffs' Motion is GRANTED and JUDGMENT is entered against all Defendants on Nintendo's cause of action for Trademark Counterfeiting and Trademark

[PROPOSED] ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION FOR DEFAULT JUDGMENT
AND PERMANENT INJUNCTION - 1
(2:23-cv-01641-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Infringement (15 U.S.C. § 1114), Plaintiffs' cause of action for False Designation of Origin (15 U.S.C. § 1125(a)), and Plaintiffs' cause of action for Violation of the Washington Consumer Protection Act (RCW 19.86.010, *et seq.*), and Amazon.com Services LLC's cause of action for Breach of Contract.

2. The Court awards Nintendo statutory damages in the amount of $7,030,158 based on Defendants' willful violations of the Lanham Act, as follows:

   a. An award of $705,963 against Chen Jing for counterfeit sales from the following Selling Account: Blkei;

   b. An award of $6,276,543 against Zhou Rong for counterfeit sales from the following Selling Accounts: (1) AmllboCards; (2) Chiaofushi; (3) Fyhale Direct; (4) Jiadan-US; (5) Marsberg; (6) Srhdfbeygfjs; and (7) Xingfang;

   c. An award of $47,652 against Chen Jing and Zhou Rong, jointly and severally, for counterfeit sales from the following Selling Account: Chengadahuo.

3. The Clerk is directed to enter judgment against Defendants and in favor of Nintendo in the amounts set forth above.

4. Defendants and their officers, agents, servants, employees, and attorneys, and all others in active concert or participation with them who receive actual notice of the order, are hereby permanently ENJOINED AND RESTRAINED from:

   a. selling counterfeit or infringing products in Amazon's stores;

   b. selling counterfeit or infringing products to Amazon or any Amazon affiliate;

   c. importing, manufacturing, producing, distributing, circulating, offering to sell, selling, promoting, or displaying any product using any simulation, reproduction, counterfeit, copy, or colorable imitation of Nintendo's brand or trademarks, or which otherwise infringes Nintendo's intellectual property, in any store or in any medium; and

[PROPOSED] ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION FOR DEFAULT JUDGMENT
AND PERMANENT INJUNCTION - 2
(2:23-cv-01641-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

        d.    assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (c) above.

5.    The Court hereby retains jurisdiction over this case for the purpose of enforcing this Order and Injunction, and for any supplemental proceedings that may be authorized by law.

6.    Plaintiffs' counsel is hereby directed to provide notice of this Order and Injunction on Defendants via email as approved by the Court in its prior order for alternative service (Dkt. 24).

SO ORDERED this _____ day of _____, 2025.

_____
THE HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT COURT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

s/ *Lauren Rainwater*
Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcomemrson@dwt.com

[PROPOSED] ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION FOR DEFAULT JUDGMENT
AND PERMANENT INJUNCTION - 3
(2:23-cv-01641-MJP)