Docusign Envelope ID: 4E34CD7D-6315-4487-884A-3E1FC8F9B37

The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and NINTENDO OF AMERICA INC., a Washington corporation,

Plaintiffs,

v.

CHEN JING, and individual; ZHOU RONG, an individual; JINGJING SHAO, an individual,

Defendants.

No. 2:23-cv-01641-MJP

**DECLARATION OF JACQUELINE KNUDSON IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS CHEN JING AND ZHOU RONG**

I, Jacqueline Knudson, declare as follows:

1.      I am over the age of 18 and am competent to testify to the matters stated herein. I am a Senior Program Manager of IP Enforcement at Nintendo of America Inc. ("Nintendo"), where I have been employed since 1996. One of my responsibilities is to review photographs and inspect counterfeit Nintendo products sent to Nintendo by, among others, legal counsel, private investigators, and law enforcement authorities. The statements below are made based on personal knowledge or my review of the relevant business records and are true to the best of my knowledge and belief. I make them in support of Amazon's and Nintendo's Motion for Default Judgment and Permanent Injunction against Defendants Chen Jing and Zhou Rong.

DECLARATION OF JACQUELINE KNUDSON - 1
(2:23-cv-01641-MJP)

2.      Nintendo of America Inc. currently holds registrations for its trademarks relevant to this action. Each of these marks has been duly and properly registered with the United States Patent and Trademark Office. Relevant to this case, Nintendo owns the following registered trademarks (the "Nintendo Trademarks"):

| **Mark** | **Registration No. (International Classes)** |
|---|---|
| NINTENDO | 1,689,015 (16; 28; 37) |
| Pokémon | 2,358,736 (16) |
|  | 2,515,001 (16) |
| SUPER SMASH BROS. | 2,578,692 (9) |
| ANIMAL CROSSING | 2,803,207 (9) |
| THE LEGEND OF ZELDA TWILIGHT PRINCESS | 3,408,725 (9) |
| THE LEGEND OF ZELDA | 3,408,763 (9) |
| THE LEGEND OF ZELDA: OCARINA OF TIME | 3,447,655 (9) |
|  | 4,234,454 (9) |
| SPLATOON | 4,791,747 (9) |
|  | 4,863,365 (9; 28) |
| THE LEGEND OF ZELDA: MAJORA'S MASK | 4,946,348 (9) |
|  | 4,988,289 (9; 28; 41) |

DECLARATION OF JACQUELINE KNUDSON - 2
(2:23-cv-01641-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

| **Mark** | **Registration No. (International Classes)** |
|---|---|
| ANIMAL CROSSING | 5,024,203 (28) |
| THE LEGEND OF ZELDA | 5,192,374 (28) |
| SPLATOON | 5,228,602 (28) |
| THE LEGEND OF ZELDA BREATH OF THE WILD | 5,277,680 (9) |
| NINTENDO 3DS | 5,964,030 (9; 28; 41) |
| SUPER MARIO | 6,082,304 (14; 16; 18; 30; 41) |
| MARIOKART | 6,109,886 (14; 16; 18; 21; 24; 25; 28; 30; 32; 41) |
| LINK'S AWAKENING | 6,110,151 (9) |
| ANIMAL CROSSING | 6,187,440 (16; 18; 25) |
| SKYWARD SWORD | 6,213,745 (9) |
| THE LEGEND OF ZELDA | 6,291,670 (3; 5; 9; 14; 16; 18; 20; 21; 24; 25; 28; 30; 41) |
| ZELDA | 2,345,332 |
| METROID | 6,829,861 (14; 16; 18; 25; 28; 41) |

True and correct copies of the registration certificates for the Nintendo Trademarks are attached as **Exhibit A.**

### Counterfeit Sales of Nintendo Products.

3.      Nintendo learned that sales of products bearing counterfeit depictions of Nintendo Trademarks were occurring in the Amazon Store through nine third-party selling accounts: (1) Blkei; (2) Chengdahuo; (3) AmllboCards; (4) Chiaofushi; (5) Fyhale Direct; (6) Jiadan-US;

DECLARATION OF JACQUELINE KNUDSON - 3
(2:23-cv-01641-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

(7) Marsberg; (8) Srhdfbeygfjs; and (9) Xingfang (collectively, the "Selling Accounts"). The products sold through the Selling Accounts were advertised as genuine Nintendo products. Nintendo has neither licensed nor authorized the owners or operators of the Selling Accounts to manufacture, import, advertise, market, offer, or sell products bearing the Nintendo Trademarks, or to use or exploit the intellectual property rights of Nintendo.

4.      Beginning March 28, 2023, Nintendo began examining samples of products—and/or images of the same—from quarantined inventory of the Selling Accounts that had been shipped to Amazon for sales in the Amazon Store. The sample products bore the Nintendo Trademarks and other indications of Nintendo's brand. Nintendo examined the products and images received from Amazon and determined that the products were counterfeit based on deviations from Nintendo's genuine products, including that each sample product: (1) was housed in substandard packaging; (2) distorted graphics or designs, discoloration or incorrect sizing when compared to genuine Nintendo products; (3) bore markings not used on genuine Nintendo products; and (4) was of inferior quality.

5.      I believe that Defendants' misuse of the Nintendo Trademarks deceived customers into believing that they were buying authentic Nintendo products when the goods were actually counterfeit. By selling counterfeit Nintendo-branded products, Defendants diverted legitimate sales that I believe likely would have otherwise been made by Nintendo. Further, Defendants' sale of counterfeit products harms Nintendo's reputation for selling high quality products and undermines the customer goodwill that Nintendo has invested significant resources in building over many years. For example, customers who purchased the subpar counterfeit products sold by Defendants could associate the inferior products with Nintendo and cease purchasing Nintendo products in the future.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DECLARATION OF JACQUELINE KNUDSON - 4
(2:23-cv-01641-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1    EXECUTED this ___11th___ day of ___February___, 2025 at REDMOND, WASHINGTON.

2

3    _Jacqueline Knudson_
     _____
4    JACQUELINE KNUDSON

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF JACQUELINE KNUDSON - 5
(2:23-cv-01641-MJP)

# EXHIBIT A

Int. Cls.: 16, 28 and 37

Prior U.S. Cls.: 2, 22, 27, 36, 37, 38, 50 and 103

## United States Patent and Trademark Office

Reg. No. 1,689,015
Registered May 26, 1992

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

NINTENDO OF AMERICA INC. (WASHINGTON CORPORATION)
4820 - 150TH N.E.
REDMOND, WA 98052

FOR: PRINTED MATTER; NAMELY, STICKERS, STICKER ALBUMS, NOTEBOOKS, MEMO PADS, POSTERS, PICTURE STORYBOOKS, COLOR AND ACTIVITY BOOKS, MAGNETIC SLATES, STORYBOOK AND AUDIO CASSETTE SETS SOLD AS A UNIT, MEMO BOARDS, PENS, PENCILS, PENCIL SHARPENERS, ERASERS, DECORATIVE FIGURES ATTACHABLE TO PENCILS, NOTEBOOKS, AND PENCIL BOXES WITH MAGNETIC CLOSURES, STATIONERY-TYPE PORTFOLIOS, DRAWING RULERS, TRADING CARDS, BOOK MARKS, BOOK PLATES, PAPER DECORATIONS MOUNTABLE ON DOORS, BOOK COVERS, CALENDARS, RING BINDERS, SCRAP BOOKS AND STAMP COLLECTOR BOOKS, IRON-ON TRANSFERS, GIFT WRAPPING PAPER, PAPER NAPKINS, INVITATION CARDS, PAPER TABLE COVERS, PAPER BANNERS, PAPER PARTY FAVORS, PAPER PARTY HATS, GREETING CARDS, AND GIFT BOXES, IN CLASS 16 (U.S. CLS. 2, 36, 37, 38 AND 50).

FIRST USE 7-0-1988; IN COMMERCE 7-0-1988.

FOR: GAMES AND PLAYTHINGS; NAMELY, ACTION FIGURES, PLUSH DOLLS, PUPPETS, TOY BINOCULARS, HAND-HELD PINBALL GAMES, BOARD GAMES, JIGSAW PUZZLES, TARGET SETS COMPRISED OF TARGETS AND PROJECTILES, TOY BOWLING SETS COMPOSED OF BOWLING PINS AND BOWLING BALLS, BOP BAGS, RING TOSS GAMES, BEAN BAG GAMES, NON-ELECTRONIC HAND-HELD SKILL GAMES, KITES, YO-YOS, TOY BALLOONS, DECORATIVE WIND SOCKS, CARD GAMES, TOY BANKS, ELECTRONIC GAME EQUIPMENT FOR PLAYING VIDEO GAMES, ELECTRONIC GAME PROGRAMS, PLAYER-OPERATED ELECTRONIC CONTROLLERS FOR ELECTRONIC VIDEO GAME MACHINES, TOY LIGHT GUNS INTERACTIVE WITH A VIDEO GAME DISPLAY, ELECTRONIC EXERCISE MATS INTERACTIVE WITH A VIDEO DISPLAY, ELECTRONIC TOYS WITH A CLOCK OR TIMEPIECE FEATURE, VIDEO GAME CARTRIDGE STORAGE DEVICES, HOLDERS, CARRIERS, AND CARRYING CASES FOR VIDEO GAME SYSTEMS, IN CLASS 28 (U.S. CLS. 2, 22 AND 27).

FIRST USE 12-1-1980; IN COMMERCE 12-1-1980.

FOR: SERVICE AND REPAIR OF VIDEO GAME SYSTEMS, VIDEO GAME EQUIPMENT AND COMPONENTS THEREFOR, IN CLASS 37 (U.S. CL. 103).

FIRST USE 10-0-1985; IN COMMERCE 10-0-1985.

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,358,736

**United States Patent and Trademark Office**

Amended

Registered June 13, 2000
OG Date Oct. 12, 2010

## TRADEMARK
## PRINCIPAL REGISTER

# POKÉMON

NINTENDO OF AMERICA INC. (WA-SHINGTON CORPORATION)
4600 150TH AVENUE NE
REDMOND, WA 98052
   THE MARK CONSISTS OF STAN-DARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

   FOR: [ BOOK COVERS, ] [CALEN-DARS,] CHILDREN'S BOOKS, [COMIC BOOKS,] [ ERASERS, GIFT WRAPPING PAPER, ] INVITATION CARDS, MAGA-ZINES REGARDING VIDEO GAMES, [MEMO PADS, NOTE PADS, NOTE-BOOKS,] PAPER NAPKINS, [PAPER PARTY HATS,] PAPERBACK BOOKS, [ PENCIL SHARPENERS, ] [PENS] PIC-TURE STORYBOOKS, [PLAYING CARDS,] POSTERS, RING BINDERS, RUBBER STAMPS, ] [SCRATCH PADS,] [ STAPLERS, STATIONARY, STATION-ARY-TYPE PORTFOLIOS, ] [STICKER ALBUMS] AND TRADING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

   FIRST USE 5-0-1998; IN COMMERCE 5-0-1998.

   SER. NO. 75-979,185, FILED 12-18-1997.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Oct. 12, 2010.*

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,515,001

Registered Dec. 4, 2001

## TRADEMARK
### PRINCIPAL REGISTER



NINTENDO OF AMERICA INC. (WASHINGTON CORPORATION)
4820 - 150TH AVENUE. N.E.
REDMOND, WA 98052

FOR: BOOK COVERS, CALENDARS, CHILDREN'S BOOKS, COMIC BOOKS; ERASERS, GIFT WRAPPING PAPER, INVITATION CARDS, MAGAZINES REGARDING VIDEO GAMES, MEMO PADS, NOTE PADS, NOTEBOOKS; PAPER NAPKINS, PAPER PARTY HATS, PAPERBACK BOOKS FEATURING CHILDREN'S CONTENT, PENCIL SHARPENERS, PENS PICTURE STORYBOOKS, PLAYING CARDS, POSTCARDS, RING BINDERS, RUBBER STAMPS, SCRATCH PADS, PAPER STAPLERS, STATIONERY, STATIONERY-TYPE PORTFOLIOS, AND TRADING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 5-0-1998; IN COMMERCE 5-0-1998.

OWNER OF U.S. REG. NO. 2,358,736.

SER. NO. 76-178,763, FILED 12-8-2000.

CYNTHIA SLOAN, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 2,578,692
Registered June 11, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## SUPER SMASH BROS.

NINTENDO OF AMERICA INC. (WASHINGTON CORPORATION)
4820 - 150TH AVENUE NE
REDMOND, WA 98052

FOR: COMPUTER GAME CARTRIDGES; COMPUTER GAME PROGRAMS; COMPUTER GAME SOFTWARE; ELECTRONIC GAME CARTRIDGES; ELECTRONIC GAME PROGRAMS; ELECTRONIC GAME SOFTWARE; INTERACTIVE GAME CARTRIDGES; INTERACTIVE GAME PROGRAMS; INTERACTIVE GAME SOFTWARE; VIDEO GAME CARTRIDGES; VIDEO GAME PROGRAMS; AND VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-26-1999; IN COMMERCE 4-26-1999.

SER. NO. 76-326,209, FILED 10-16-2001.

JENNIFER MARTIN, EXAMINING ATTORNEY

| Int. Cl.: 9 | |
|---|---|
| Prior U.S. Cls.: 21, 23, 26, 36 and 38 | Reg. No. 2,803,207 |
| United States Patent and Trademark Office | Registered Jan. 6, 2004 |
| Corrected | OG Date June 15, 2004 |

## TRADEMARK
## PRINCIPAL REGISTER

## ANIMAL CROSSING

NINTENDO OF AMERICA INC. (WA-
SHINGTON CORPORATION)
4820 - 150TH AVENUE NE
REDMOND, WA 98052

FOR: OPTICAL DISCS FEATURING
ENTERTAINMENT IN THE FIELD OF
COMPUTER AND VIDEO GAMES; COM-
PUTER GAME DISCS; [ MAGNETIC
CARDS FOR CONNECTION TO THE
INTERNET ] ; * COMPUTER GAME
PERIPHERALS, NAMELY MAGNETIC
CARDS; " COMPUTER GAME PRO-
GRAMS; COMPUTER GAME SOFT-
WARE; ELECTRONIC GAME DISCS;
ELECTRONIC GAME PROGRAMS; ELEC-
TRONIC GAME SOFTWARE; INTERAC-

TIVE GAME DISCS CONTAINING ROLE-
PLAYING AND ADVENTURE GAMES;
INTERACTIVE GAME PROGRAMS CON-
TAINING ROLE-PLAYING AND ADVEN-
TURE GAMES; INTERACTIVE GAME
SOFTWARE; VIDEO GAME DISCS; VI-
DEO GAME PROGRAMS; VIDEO GAME
SOFTWARE; VISUAL RECORDINGS
AND AUDIO-VISUAL RECORDINGS IN
THE NATURE OF ENTERTAINMENT IN
THE FIELD OF COMPUTER AND VIDEO
GAMES, IN CLASS 9 (U.S. CLS. 21, 23, 26,
36 AND 38).

FIRST USE 5-22-2002; IN COMMERCE
5-22-2002.

SER. NO. 76-383,206, FILED 3-12-2002.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on June 15, 2004.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

**United States Patent and Trademark Office**

Reg. No. 3,408,725

Registered Apr. 8, 2008

## TRADEMARK
### PRINCIPAL REGISTER

## THE LEGEND OF ZELDA
## TWILIGHT PRINCESS

NINTENDO OF AMERICA INC. (WASHINGTON CORPORATION)

4820 150TH AVENUE NE

REDMOND, WA 98052

FOR: COMPACT DISCS AND OPTICAL DISCS FEATURING ENTERTAINMENT CONTENT, NAMELY, STORIES, MUSIC, AND GAMES; COMPUTER GAME DISCS; COMPUTER GAME PROGRAMS; COMPUTER GAME SOFTWARE; ELECTRONIC GAME DISCS; ELECTRONIC GAME PROGRAMS; ELECTRONIC GAME SOFTWARE; INTERACTIVE GAME DISCS; INTERACTIVE GAME PROGRAMS; INTERACTIVE GAME SOFTWARE; VIDEO GAME DISCS; VIDEO GAME PRO-GRAMS; VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-19-2006; IN COMMERCE 11-19-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,494,363, 2,345,332 AND OTHERS.

SER. NO. 77-245,229, FILED 8-2-2007.

ROBERT LAVACHE, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,408,763

Registered Apr. 8, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# THE LEGEND OF ZELDA

NINTENDO OF AMERICA INC. (WASHINGTON CORPORATION)
4820 150TH AVENUE NE
REDMOND, WA 98052

FOR: CARTRIDGES, COMPACT DISCS AND OPTICAL DISCS FEATURING ENTERTAINMENT CONTENT, NAMELY, STORIES, MUSIC AND GAMES; COMPUTER GAME CARTRIDGES; COMPUTER GAME DISCS; COMPUTER GAME PROGRAMS; COMPUTER GAME SOFTWARE; ELECTRONIC GAME CARTRIDGES; ELECTRONIC GAME DISCS; ELECTRONIC GAME PROGRAMS; INTERACTIVE GAME CARTRIDGES; INTERACTIVE GAME DISCS; INTERACTIVE GAME PROGRAMS; INTERACTIVE GAME SOFTWARE; VIDEO GAME CARTRIDGES; VIDEO GAME DISCS;

VIDEO GAME PROGRAMS; VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-30-1987; IN COMMERCE 5-30-1987.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,494,363, 2,345,332 AND OTHERS.

SER. NO. 77-245,975, FILED 8-2-2007.

ROBERT LAVACHE, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38        Reg. No. 3,447,655

**United States Patent and Trademark Office**    Registered June 17, 2008

Corrected                                                    OG Date Dec. 9, 2008

# TRADEMARK
## PRINCIPAL REGISTER

THE LEGEND OF ZELDA:
OCARINA OF TIME

NINTENDO OF AMERICA INC. (WA-
SHINGTON CORPORATION)
4820 150TH AVENUE NE
REDMOND, WA 98052
THE MARK CONSISTS OF STAN-
DARD CHARACTERS WITHOUT CLAIM
TO ANY PARTICULAR FONT, STYLE,
SIZE, OR COLOR.
OWNER OF U.S. REG. NOS. 1,494,363,
1,742,389 AND 2,345,332.

FOR: COMPUTER GAME PROGRAMS;
COMPUTER GAME SOFTWARE; ELEC-

TRONIC GAME PROGRAMS; INTERAC-
TIVE GAME PROGRAMS; INTERACTIVE
GAME SOFTWARE; VIDEO GAME PRO-
GRAMS; DOWNLOADABLE VIDEO
GAMES, COMPUTER GAMES, ELECTRO-
NIC GAMES AND INTERACTIVE
GAMES, VIA THE INTERNET, IN CLASS
9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-17-1998; IN COMMERCE
5-17-1998.

SER. NO. 77-138,520, FILED 3-23-2007.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Dec. 9, 2008.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

# United States of America

## United States Patent and Trademark Office



Reg. No. 4,234,454

Registered Oct. 30, 2012

Int. Cl.: 9

TRADEMARK

PRINCIPAL REGISTER



*David J. Kappos*

Director of the United States Patent and Trademark Office

NINTENDO OF AMERICA INC. (WASHINGTON CORPORATION)
4600 150TH AVENUE NE
REDMOND, WA 98052

FOR: (BASED ON USE IN COMMERCE) AND (BASED ON 44(E)) COMPUTER GAME PROGRAMS FOR CONSUMER VIDEO GAME APPARATUS; ROM CARDS AND ROM CARTRIDGES RECORDED WITH PROGRAMS FOR CONSUMER VIDEO GAME APPARATUS; DIGITAL STORAGE MEDIA RECORDED WITH PROGRAMS FOR CONSUMER VIDEO GAME APPARATUS; ELECTRONIC STORAGE MEDIA RECORDED WITH PROGRAMS FOR CONSUMER VIDEO GAME APPARATUS; CONTROLLERS AND MEMORY CARDS FOR CONSUMER VIDEO GAME APPARATUS; AC ADAPTERS FOR CONSUMER GAME APPARATUS; PARTS AND FITTINGS FOR CONSUMER VIDEO GAMES, NAMELY, POWER SUPPLIES AND BATTERY CHARGERS; COMPUTER GAME PROGRAMS FOR HAND-HELD GAME APPARATUS WITH LIQUID CRYSTAL DISPLAYS; ROM CARDS AND ROM CARTRIDGES RECORDED WITH PROGRAMS FOR HAND-HELD GAME APPARATUS WITH LIQUID CRYSTAL DISPLAYS; DIGITAL STORAGE MEDIA RECORDED WITH PROGRAMS FOR HAND-HELD GAME APPARATUS WITH LIQUID CRYSTAL DISPLAYS; ELECTRONIC STORAGE MEDIA RECORDED WITH PROGRAMS FOR HAND-HELD GAME APPARATUS WITH LIQUID CRYSTAL DISPLAYS; HAND-HELD TERMINALS FOR DISPLAYING ELECTRONIC PUBLICATIONS; ELECTRONIC MACHINES, APPARATUS AND THEIR PARTS, NAMELY, ELECTRONIC GAME SOFTWARE; DIGITAL CAMERAS; VIDEO CAMERAS; AUDIO PLAYERS; AUDIO RECORDERS; STORABLE MUSIC FILES DOWN-LOADABLE VIA A GLOBAL COMPUTER NETWORK; STORABLE IMAGE FILES DOWN-LOADABLE VIA A GLOBAL COMPUTER NETWORK FEATURING PHOTOGRAPHS, ART, VIDEO/COMPUTER GAME CHARACTERS, VIDEO/COMPUTER GAME SCENES, AND VIDEO/COMPUTER GAME IMAGES; ELECTRONIC PUBLICATIONS NAMELY, MAGAZINES, MANUALS AND PLAYERS' GUIDES FEATURING VIDEO GAMES, RECORDED ON COMPUTER MEDIA; PEDOMETERS; CAMERAS; PHOTOGRAPHIC MACHINES AND APPARATUS, NAMELY, HAND-HELD VIDEO GAME APPARATUS WITH LIQUID CRYSTAL DISPLAY, WITH AN INTERNAL CAMERA; CINEMATOGRAPHIC MACHINES AND APPARATUS, NAMELY, HAND-HELD VIDEO GAME APPARATUS WITH LIQUID CRYSTAL DISPLAY, WITH AN INTERNAL VIDEO CAMERA; PRE-RECORDED CARTRIDGES AND MEMORY CARDS FEATURING ENTERTAINMENT, EDUCATIONAL, AND INFORMATIONAL CONTENT, PERTAINING TO VIDEO GAMES, COMPUTER GAMES, PUZZLES, MUSIC AND STORIES; SPECIALLY ADAPTED CASES FOR VIDEO GAME CARTRIDGES AND VIDEO GAME MEMORY CARDS; COMPUTER GAME CARTRIDGES; COMPUTER GAME MEMORY CARDS; COMPUTER GAME PROGRAMS; COMPUTER

**Reg. No. 4,234,454**   GAME SOFTWARE; ELECTRONIC GAME CARTRIDGES; ELECTRONIC GAME MEMORY CARDS; ELECTRONIC GAME PROGRAMS; ELECTRONIC GAME SOFTWARE; HEADPHONES AND HEADSETS; INTERACTIVE ELECTRONIC GAME CARTRIDGES; INTERACTIVE ELECTRONIC GAME MEMORY CARDS; INTERACTIVE ELECTRONIC GAME PROGRAMS; INTERACTIVE ELECTRONIC GAME SOFTWARE; INTERACTIVE VIDEO GAME CARTRIDGES; INTERACTIVE VIDEO GAME MEMORY CARDS; INTERACTIVE VIDEO GAME PROGRAMS; INTERACTIVE VIDEO GAME SOFTWARE; PRE-MADE WRAPS AND SKINS FOR VIDEO GAME MACHINES; VIDEO GAME CARTRIDGES; VIDEO GAME MEMORY CARDS; VIDEO GAME PROGRAMS; VIDEO GAME SOFTWARE; WRITING INSTRUMENTS FOR USE WITH COMPUTER/VIDEO GAME MACHINE TOUCH SCREEN DISPLAYS, NAMELY, COMPUTER STYLUS; DOWNLOADABLE MULTIMEDIA FILES, NAMELY, GAMES; DOWNLOADABLE COMPUTER GAME PROGRAMS; DOWNLOADABLE COMPUTER GAME SOFTWARE; DOWNLOADABLE ELECTRONIC GAME PROGRAMS; DOWNLOADABLE ELECTRONIC GAME SOFTWARE; DOWNLOADABLE INTERACTIVE ELECTRONIC GAME PROGRAMS; DOWNLOADABLE INTERACTIVE GAME SOFTWARE; DOWNLOADABLE VIDEO GAME PROGRAMS; DOWNLOADABLE VIDEO GAME SOFTWARE; DOWNLOADABLE ELECTRONIC PUBLICATIONS, NAMELY, GAME INSTRUCTION BOOKLETS; (BASED ON 44(E)) VIDEO GAME CONSOLES FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; OPTICAL DISCS, CD-ROMS, AND DVD-ROMS RECORDED WITH PROGRAMS FOR CONSUMER VIDEO GAME APPARATUS; JOYSTICKS FOR CONSUMER VIDEO GAME APPARATUS; PARTS AND FITTINGS FOR CONSUMER VIDEO GAMES, NAMELY, TRANSFORMERS AND CABLES; OPTICAL DISCS, CD-ROMS, AND DVD-ROMS RECORDED WITH PROGRAMS FOR HAND-HELD GAME APPARATUS WITH LIQUID CRYSTAL DISPLAYS; BATTERIES; CHARGEABLE BATTERIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-27-2011; IN COMMERCE 3-27-2011.

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2010-046653, FILED 6-11-2010, REG. NO. 5390163, DATED 2-10-2011, EXPIRES 2-10-2021.

THE COLOR(S) BLACK, RED AND GRAY IS/ARE CLAIMED AS A FEATURE OF THE MARK.

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2010-100081, FILED 6-11-2010, REG. NO. 5424185, DATED 7-8-2011, EXPIRES 7-8-2026.

OWNER OF U.S. REG. NOS. 3,094,180, 3,166,136, AND OTHERS.

THE MARK CONSISTS OF THE WORD "NINTENDO" IN BLACK STYLIZED LETTERING FOLLOWED BY "3DS" IN A LARGER FONT OF THE SAME TYPE OF LETTERING. THE NUMBER THREE IS RED AND THE LETTERS "DS" ARE BLACK. BENEATH THE LETTER "O" IN "NINTENDO" IS A GRAY BLOCK.

SN 85-080,109, FILED 7-8-2010.

KATINA MISTER, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# SPLATOON

**Reg. No. 4,791,747**

**Registered Aug. 11, 2015**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

NINTENDO OF AMERICA INC. (WASHINGTON CORPORATION)
4600 150TH AVENUE NE
REDMOND, WA 98052

FOR: OPTICAL DISCS AND MEMORY DISCS FEATURING VIDEO GAMES; DOWNLOAD-ABLE ELECTRONIC GAME PROGRAMS; DOWNLOADABLE ELECTRONIC GAME SOFTWARE; ELECTRONIC GAME PROGRAMS; ELECTRONIC GAME SOFTWARE; VIDEO GAME DISCS; VIDEO GAME PROGRAMS; VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-29-2014; IN COMMERCE 5-29-2015.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 86-305,105, FILED 6-10-2014.

JASON TURNER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,863,365**

**Registered Dec. 1, 2015**

**Int. Cls.: 9 and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

NINTENDO OF AMERICA INC. (WASHINGTON CORPORATION)
4600 150TH AVENUE NE
REDMOND, WA 98052

FOR: OPTICAL DISCS AND MEMORY DISCS FEATURING VIDEO GAMES; DOWNLOAD-ABLE MULTIMEDIA FILES, NAMELY, VIDEO GAME SOFTWARE; DOWNLOADABLE ELECTRONIC GAME PROGRAMS; DOWNLOADABLE ELECTRONIC GAME SOFTWARE; ELECTRONIC GAME PROGRAMS; ELECTRONIC GAME SOFTWARE; VIDEO GAME DISCS; VIDEO GAME PROGRAMS; VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-21-2014; IN COMMERCE 11-21-2014.

FOR: ACTION FIGURES; ACTION FIGURES HAVING RADIO FREQUENCY IDENTIFICA-TION (RFID) CHIPS AND TAGS; ACCESSORIES FOR ACTION FIGURES; ACTION FIGURES HAVING ELECTRONIC CHIPS AND TAGS; CASES FOR ACTION FIGURES; TOY ACTION FIGURES; TOY ACTION FIGURES WITH ELECTRONIC CHIPS AND TAGS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-21-2014; IN COMMERCE 11-21-2014.

THE MARK CONSISTS OF THE STYLIZED LOWER CASE LETTER "A" WITH THREE RAYS EMANATING FROM THE LEFT SIDE OF THE LETTER AND THREE RAYS EMANATING FROM THE RIGHT SIDE OF THE LETTER.

SER. NO. 86-682,255, FILED 7-2-2015.

FONG HSU, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# amiibo

**Reg. No. 4,905,782**

**Registered Feb. 23, 2016**

NINTENDO OF AMERICA INC. (WASHINGTON CORPORATION)
4600 150TH AVENUE NE
REDMOND, WA 98052

**Int. Cl.: 28**

**TRADEMARK**

FOR: CARD GAMES; CARD GAMES UTILIZING RADIO FREQUENCY IDENTIFICATION (RFID) CHIPS AND TAGS; HAND-HELD VIDEO GAME MACHINES; HAND-HELD UNITS FOR PLAYING ELECTRONIC GAMES; PLUSH TOYS; TRADING CARD GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

**PRINCIPAL REGISTER**

FIRST USE 2-13-2015; IN COMMERCE 2-13-2015.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 86-305,114, FILED 6-10-2014.

JASON TURNER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# THE LEGEND OF ZELDA
# MAJORA'S MASK

**Reg. No. 4,946,348**

**Registered Apr. 26, 2016**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

NINTENDO OF AMERICA INC. (WASHINGTON CORPORATION)
4600 150TH AVENUE NE
REDMOND, WA 98052

FOR: CARTRIDGES AND MEMORY CARDS FEATURING VIDEO GAMES; DOWNLOAD-ABLE ELECTRONIC GAME PROGRAMS; DOWNLOADABLE ELECTRONIC VIDEO GAME SOFTWARE; ELECTRONIC GAME PROGRAMS; ELECTRONIC GAME SOFTWARE; VIDEO GAME CARTRIDGES; VIDEO GAME MEMORY CARDS; VIDEO GAME PROGRAMS; VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-26-2000; IN COMMERCE 10-26-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-826,365, FILED 11-19-2015.

DOMINIC FATHY, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,988,289**

**Registered June 28, 2016**

**Int. Cls.: 9, 28 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

NINTENDO OF AMERICA INC. (WASHINGTON CORPORATION)
4600 150TH AVENUE NE
REDMOND, WA 98052

FOR: OPTICAL DISCS, CARTRIDGES, MEMORY CARDS AND MEMORY DISCS FEATUR-ING VIDEO GAMES; ELECTRONIC GAME PROGRAMS; ELECTRONIC GAME SOFTWARE; VIDEO GAME DISCS; VIDEO GAME CARTRIDGES; VIDEO GAME MEMORY CARDS; VIDEO GAME PROGRAMS; VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-21-2014; IN COMMERCE 11-21-2014.

FOR: ACTION FIGURES; ACTION FIGURES HAVING RADIO FREQUENCY IDENTIFICA-TION (RFID) CHIPS AND TAGS; ACCESSORIES FOR ACTION FIGURES; ACTION FIGURES HAVING ELECTRONIC CHIPS AND TAGS; CARD GAMES; CASES FOR ACTION FIGURES; GAME CARDS; HAND-HELD VIDEO GAME MACHINES; TOY ACTION FIGURES; TOY ACTION FIGURES WITH ELECTRONIC CHIPS AND TAGS; VIDEO GAME CONSOLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-21-2014; IN COMMERCE 11-21-2014.

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING ONLINE VIDEO GAMES; ENTERTAINMENT SERVICES, NAMELY, PROVIDING IMAGES AND SOUNDS IN THE FORM OF ONLINE ELECTRONIC GAMES, RELATED ELECTRONIC GAME SCREEN SHOTS AND VIDEOS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ENTERTAINMENT INFORMATION ON VIDEO GAMES, COMPUTER GAMES AND RELATED VIDEO AND COMPUTER GAMING PRODUCTS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ENTERTAINMENT INFORMATION ON ACTION FIGURES AND GAME CARDS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-10-2014; IN COMMERCE 6-10-2014.

THE MARK CONSISTS OF THE BLACK STYLIZED LOWER CASE LETTERS "AMIIBO" WITH THREE COLORED RAYS EMANATING FROM THE LEFT SIDE OF THE LETTERS, THE COLORS BEING RED, LIGHT GREEN AND BLUE, AND THREE COLORED RAYS EMANATING FROM THE RIGHT SIDE OF THE LETTERS, THE COLORS BEING GREEN,



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

**Reg. No. 4,988,289**  ORANGE AND PINK. THE COLOR WHITE IS BACKGROUND AND IS NOT CLAIMED AS A FEATURE OF THE MARK.

THE COLOR(S) RED, LIGHT GREEN, BLUE, GREEN, ORANGE, PINK AND BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 86-810,130, FILED 11-5-2015.

DOMINIC FATHY, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# ANIMAL CROSSING

**Reg. No. 5,024,203**

**Registered Aug. 16, 2016**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue NE
Redmond, WA 98052

CLASS 28: Action figures; action figures having radio frequency identification (RFID) chips or tags; card games; card games utilizing radio frequency identification (RFID) chips or tags; hand-held video game machines; hand-held units for playing electronic games; plush toys; toy action figures; toy action figures utilizing radio frequency identification (RFID) chips and tags

FIRST USE 2-00-2016; IN COMMERCE 2-00-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-979,457, FILED 06-16-2015

FONG HSU, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# THE LEGEND OF ZELDA

**Reg. No. 5,192,374**

**Registered Apr. 25, 2017**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue NE
Redmond, WA 98052

CLASS 28: Action figures and accessories therefor; balloons; board games; card games; Christmas tree decorations; hand-held video game machines; hand-held units for playing electronic games; party favors in the nature of small toys; plush toys; protective carrying cases specially adapted for handheld video games; puzzles; toy action figures; toy key chains; trading card games; toy swords; toy shields; piñatas; action figures having radio frequency identification (RFID) chips or tags; toy action figures utilizing radio frequency identification (RFID) chips and tags

FIRST USE 3-00-1994; IN COMMERCE 3-00-1994

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-898,615, FILED 02-05-2016
CHRISTOPHER M NUNLEY, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# SPLATOON

**Reg. No. 5,228,602**

**Registered Jun. 20, 2017**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue NE
Redmond, WA 98052

CLASS 28: Protective carrying cases and films specially adapted for video game consoles and handheld video game machines; toy key chains; toy guns; toy pistols

FIRST USE 8-14-2015; IN COMMERCE 8-14-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-584,601, FILED 04-01-2015
ERIN M FALK, EXAMINING ATTORNEY



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# THE LEGEND OF ZELDA
# BREATH OF THE WILD

**Reg. No. 5,277,680**

**Registered Aug. 29, 2017**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue NE
Redmond, WA 98052

CLASS 9: Downloadable electronic game programs; downloadable electronic video game software; electronic game programs; electronic game software; video game cartridges; video game discs; video game memory cards; video game programs; video game software

FIRST USE 3-3-2017; IN COMMERCE 3-3-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-070,553, FILED 06-14-2016
RONALD G MCMORROW, EXAMINING ATTORNEY



*Joseph Matol*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

## NINTENDO 3DS

**Reg. No. 5,964,030**

**Registered Jan. 21, 2020**

**Int. Cl.: 9, 28, 41**

**Service Mark**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue Ne
Redmond, WASHINGTON 98052

CLASS 9: Recorded electronic game programs; downloadable electronic game programs; recorded video game programs; video game cartridges; cases for smartphones; covers for smartphones; downloadable computer game software; recorded computer game programs; compact discs featuring music; downloadable music files; downloadable electronic publications in the nature of newsletters and players' guides in the field of video games; electrical adapters; chargers for electric batteries; batteries, electric

CLASS 28: Protective films adapted for screens for portable games; video game machines; controllers for game consoles; joysticks for video games; arcade video game machines

CLASS 41: Entertainment services, namely, providing an on-line computer game; entertainment information; providing on-line music, not downloadable; games equipment rental; toy rental; organization of electronic game competitions; providing amusement arcade services

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 06-08-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1453037A DATED 12-07-2018, EXPIRES 12-07-2028

SER. NO. 79-253,227, FILED 12-07-2018



Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# SUPER MARIO

**Reg. No. 6,082,304**

**Registered Jun. 23, 2020**

**Int. Cl.: 14, 16, 18, 30, 41**

**Service Mark**

**Trademark**

**Principal Register**

Nintendo of America Inc.  (WASHINGTON Corporation )
4600 150th Avenue Ne
Redmond, WASHINGTON 98052

CLASS 14: Key rings comprised of split rings with decorative fobs or trinkets; charms for key rings; jewelry boxes; commemorative coins; collectible coins; earrings; tie pins; medals; ornamental lapel pins; jewelry; jewellery charms; shoe jewelry; watches; clocks; watch bands

CLASS 16: Plastic or paper bags for merchandise packaging; envelopes; paper pouches for packaging; boxes of paper or cardboard; plastic film for wrapping; wrapping paper; coasters of paper; place mats of paper; table napkins of paper; towels of paper; tablecloths of paper; stationery; pens; greeting cards; note books; pencils; stickers; pen cases; rubber erasers; postcards; magazines in the field of video games; art prints; posters; calendars; guide books in the field of video games; printed computer game instruction manuals; graphic art reproductions; photograph stands; pencil sharpeners, electric or non-electric

CLASS 18: Clothing for pets; collars for animals; backpacks; school bags; rucksacks; suitcases; name card cases; purses; wallets; key cases; luggage tags; garment bags for travel; bags for sports; vanity cases, not fitted; umbrellas

CLASS 30: Tea; tea-based beverages; coffee; coffee-based beverages; cocoa; cocoa-based beverages; pastries; candy; ice cream; cookies; chocolate; popcorn; chewing gum; bread; buns; sandwiches; pizzas; pies; cakes; frozen yogurt confections; pancakes; crackers; mints for breath freshening; seasonings; ketchup; dressings for salad; cereal bars; oatmeal; corn flakes; noodles; pasta sauce

CLASS 41: Entertainment services, namely, providing online electronic games; entertainment services, namely, providing online non-downloadable pre-recorded videos featuring video games; entertainment information; providing non-downloadable on-line publications in the nature of e-books in the field of video games; providing on-line videos featuring video games, not downloadable; providing online music, not downloadable; providing on-line computer games; providing amusement arcade services; amusement park services; organization of electronic game competitions

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 09-05-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1469820A DATED 03-05-2019, EXPIRES 03-05-2029

SER. NO. 79-259,975, FILED 03-05-2019

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# MARIOKART

**Reg. No. 6,109,886**

**Registered Jul. 28, 2020**

**Int. Cl.: 14, 16, 18, 21, 24, 25, 28, 30, 32, 41**

**Service Mark**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue Ne
Redmond, WASHINGTON 98052

CLASS 14: Key rings comprised of split rings with decorative fobs or trinkets; charms for key rings; jewelry boxes; commemorative coins; collectible coins; earrings; tie pins; medals; ornamental lapel pins; jewelry; jewelry charms; shoe jewelry; watches; clocks; watch bands

CLASS 16: Plastic or paper bags for merchandise packaging; envelopes; paper pouches for packaging; boxes of paper or cardboard; plastic film for wrapping; wrapping paper; coasters of paper; place mats of paper; table napkins of paper; towels of paper; tablecloths of paper; stationery; pens; greeting cards; note books; pencils; stickers; pen cases; rubber erasers; postcards; magazines in the field of video games; art prints; posters; calendars; books, namely, story books, children's activity books, books in the fields of educational activity, picture books; guide books in the field of video games; computer game instruction manuals; graphic art reproductions; pictures; photograph stands; pencil sharpeners, electric or non-electric

CLASS 18: Clothing for pets; collars for animals; backpacks; school bags; rucksacks; suitcases; name card cases; purses; wallets; key cases; luggage tags; garment bags for travel; bags for sports; vanity cases, not fitted; umbrellas

CLASS 21: Hair brushes; combs; toothbrushes; floss for dental purposes; toothbrushes, electric; toothbrush cases; fitted vanity cases; containers for household or kitchen use; utensils for household purposes, namely, serving spoons and serving forks; mugs; cups; dishes; glass bowls; soup bowls; trays for household purposes; lunch boxes; drinking flasks; drinking bottles for sports; drinking straws; coasters, not of paper or textile; tablemats, not of paper or textile; waste paper baskets; dustbins; coin banks; soap holders

CLASS 24: Towels of textile; handkerchiefs of textile; household linen; pillowcases; covers for cushions; bed blankets; picnic blankets; children's blankets; throws; travelling rugs; table napkins of textile; tablemats of textile; flags of textile or plastic; curtains of textile or plastic; tablecloths, not of paper; coasters of textile; bed covers; wall hangings of textile; sleeping bags

CLASS 25: Clothing, namely, dresses, shorts, loungewear, infantwear, pants; tee-shirts; shirts; polo shirts; sweatshirts; parkas; jackets; raincoats; sweatpants; skirts; sweaters; pajamas; underwear; bathing suits; socks; neck scarfs; ear muffs; gloves as clothing; leggings; bibs, not of paper; hats; caps; cap peaks; belts; footwear; sports shoes; rain boots; beach shoes; sandals; slippers; masquerade costumes; Halloween costumes

CLASS 28: Role playing games; toys, namely, toy vehicles, children's multiple activity toys, musical toys, toy building blocks; party favors in the nature of small toys; toy figures; plush toys; stuffed toys; dolls; portable games with liquid crystal displays; hand-held units for playing electronic games; protective films adapted for screens for portable games; video game machines; controllers for game consoles; joysticks for video games; arcade video game machines; board games; protective carrying cases specifically adapted for handheld video games and video game machines; game cards; puzzles; balloons; Christmas tree ornaments and decorations, except confectionery and electric Christmas tree lights; paper party hats

Director of the United States
Patent and Trademark Office



CLASS 30: Tea; tea-based beverages; coffee; coffee-based beverages; cocoa; cocoa-based beverages; pastries; candy; ice cream; cookies; chocolate; popcorn; chewing gum; bread; buns; sandwiches; pizzas; pies; cakes; frozen yogurt; pancakes; crackers; mints for breath freshening; seasonings; ketchup; dressings for salad; cereal bars; oatmeal; corn flakes; noodles; breakfast cereals; pasta sauce

CLASS 32: Soft drinks; fruit juices; vegetable juices; soda pops; aerated water; mineral waters; whey beverages

CLASS 41: Entertainment services, namely, providing online electronic games; entertainment services, namely, providing non-downloadable pre-recorded videos in the field of video games; entertainment information; providing non-downloadable on-line publications in the nature of e-books in the field of video games; providing on-line videos featuring video games, not downloadable; providing online music, not downloadable; providing on-line computer games; providing amusement arcade services; amusement park services; organization of electronic game competitions

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 09-28-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1478203A DATED 03-27-2019, EXPIRES 03-27-2029

SER. NO. 79-263,442, FILED 03-27-2019

# United States of America

## United States Patent and Trademark Office

# LINK'S AWAKENING

**Reg. No. 6,110,151**

**Registered Jul. 28, 2020**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Nintendo of America Inc. (WASHINGTON CORPORATION)
4600 150th Avenue Ne
Redmond Wa 98052
UNITED STATES 98052

CLASS 9: Recorded electronic game programs; downloadable electronic game programs; recorded video game programs; downloadable video game programs; video game cartridges; cases for smartphones; downloadable computer game software; downloadable image files containing artwork, text, audio, video, and games relating to video games; downloadable music files; downloadable electronic publications, namely, booklets, manuals and newsletters in the field of video games

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 02-12-2019 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1497965A DATED 07-29-2019, EXPIRES 07-29-2029

SER. NO. 79-271,850, FILED 07-29-2019



Andrei Iancu

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# ANIMAL CROSSING

**Reg. No. 6,187,440**

**Registered Nov. 03, 2020**

**Int. Cl.: 16, 18, 25**

**Trademark**

**Principal Register**

Nintendo of America Inc.  (WASHINGTON CORPORATION)
4600 150th Avenue Ne
Redmond Wa 98052
UNITED STATES

CLASS 16: Stencils; plastic or paper bags for merchandise packaging; paper bags; boxes of paper or cardboard; plastic film for wrapping; wrapping paper; coasters of paper; place mats of paper; table napkins of paper; towels of paper; tablecloths of paper; stationery; greeting cards; note books; pencils; stickers; pen cases; paint boxes for use in schools; pens; rubber erasers; writing implements; pastels and crayons; envelopes; self-adhesive tapes for stationery or household purposes; postcards; printed matter, namely, manuals, magazines, newsletters, informational cards and brochures in the field of video games and children's entertainment; posters; calendars; books in the field of video games and children's entertainment; graphic art reproductions; framed and unframed paintings; printed photographs; photograph stands; office requisites, namely, binders and folders except furniture; electric or non-electric pencil sharpeners

CLASS 18: Leather cases; clothing for pets; collars for pets; bags, namely, book bags, carry-on bags, handbags, shoulder bags, travel bags, backpacks, and luggage; school satchels; rucksacks; suitcases; leather bags; credit card cases and name card cases; wallets; purses; key cases; luggage tags; garment bags for travel; sports bags; vanity cases, not fitted; umbrellas

CLASS 25: Clothing namely, shirts and pants; tee-shirts; shirts; polo shirts; sweatshirts; parkas; jackets; raincoats; trousers; sweatpants; skirts; sweaters; pajamas; underwear; bathing suits; hosiery; socks; neck scarfs and mufflers; ear bands and ear muffs; gloves; mittens; leg warmers; bibs, not of paper; headwear, namely, hats and caps; cap peaks; belts for clothing; shoes; footwear; sports shoes; rain boots; beach shoes; sandals; slippers; masquerade costumes; Halloween costumes

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 12-17-2019 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1531726A DATED 03-12-2020, EXPIRES 03-12-2030

SER. NO. 79-285,948, FILED 03-12-2020

Director of the United States
Patent and Trademark Office





# United States of America
## United States Patent and Trademark Office

# SKYWARD SWORD

**Reg. No. 6,213,745**

**Registered Dec. 08, 2020**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Nintendo of America Inc.  (WASHINGTON CORPORATION)
4600 150th Avenue Ne
Redmond, WASHINGTON 98052

CLASS 9: Recorded electronic game programs; downloadable electronic game programs; recorded video game programs; downloadable video game programs; video game cartridges; cases for smartphones; covers for smartphones; downloadable image files containing artwork, text, audio, videos relating to video games; downloadable music files; downloadable electronic publications, namely, fiction stories, booklets, manuals and newsletters in the field of video games

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 01-15-2020 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1542908A DATED 05-14-2020, EXPIRES 05-14-2030

SER. NO. 79-290,476, FILED 05-14-2020



Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# THE LEGEND OF ZELDA

**Reg. No. 6,291,670**

**Registered Mar. 16, 2021**

**Int. Cl.: 3, 5, 9, 14, 16, 18, 20, 21, 24, 25, 28, 30, 41**

**Service Mark**

**Trademark**

**Principal Register**

Nintendo of America Inc.  (WASHINGTON CORPORATION)
4600 150th Avenue Ne
Redmond Wa 98052
UNITED STATES

CLASS 3: Soap, namely, bath soap, bar soap, body wash [for humans or animals]; shampoos, namely, hair shampoos and conditioners; baby shampoos; non-medicated dentifrices; toothpaste; non-medicated mouth wash and rinse; cosmetics; bath preparations, not for medical purposes; decorative transfers for cosmetic purposes; temporary tattoo transfers for use as cosmetics; cosmetics for children

CLASS 5: Adhesive bandages; bandages for dressings; babies' diapers; nutritional supplements

CLASS 9: Recorded electronic game programs; downloadable electronic game programs; recorded video game programs; downloadable video game programs; video game cartridges; memory cards for video game machines; cases for smartphones; covers for smartphones; recorded computer game software; downloadable computer game software for use on mobile and cellular phones; downloadable image files containing artwork, text, audio, videos relating to video games; downloadable music files; downloadable electronic publications, namely, fiction stories, booklets, manuals and newsletters in the field of video games; headphones; batteries

CLASS 14: Key rings; key chains comprised of split rings with decorative fobs or trinkets; charms for key rings; jewelry boxes; commemorative coins; collectible coins; jewelry; necklaces; bracelets; jewelry charms; earrings; tie pins; rings [jewelry]; medals; ornamental lapel pins; shoe jewelry; watches; clocks; watch bands

CLASS 16: Office requisites, namely, binders and folders; wrapping paper; paper bags and sacks; place mats of paper; coasters of paper; table napkins of paper; paper; stationery; writing implements; pens; pencils; pen cases; rubber erasers; pencil sharpeners, electric or non-electric; postcards; greeting cards; stickers; printed matter, namely, calendars, children's activities books, magazines and manuals in the field of video games; notebooks; books in the field of children's entertainment, fiction stories, and video games; comic books; posters; paintings; photograph stands

CLASS 18: Clothing for pets; collars for animals; bags, namely, book bags, carry-on bags, shoulder bags, handbags, backpacks, drawstring pouches, travel bags, and luggage; school bags; rucksacks; suitcases; credit card cases; purses; wallets; key cases; luggage tags; garment bags for travel; bags for sports; vanity cases, not fitted; umbrellas

CLASS 20: Pillows; cushions; packaging containers of plastic; nameplates, not of metal; fans for personal use, non-electric; beds for household pets; furniture; chests for toys; wind chimes; cradles; infant walkers; camping mattresses; picture frames; statues of wood, wax, plaster or plastic

CLASS 21: Floss for dental purposes; hair brushes; combs; brushes for washing up; toothbrushes; fitted vanity cases; cosmetic utensils, namely, cosmetic brushes;





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

containers for household or kitchen use; drinking flasks; glass bowls; soup bowls; utensils for kitchen and cleaning purposes, namely, serving spoons, serving forks, and chopsticks; mugs; cups; dishes; plates; cookie jars; lunch boxes; drinking bottles for sports; drinking straws; serving trays; coasters, not of paper or textile; tablemats, not of paper or textile; waste baskets; coin banks; soap holders; dishes for soap

CLASS 24: Adhesive fabric for application by heat; towels of textile; handkerchiefs of textile; quilts; children's blankets; bed blankets; picnic blankets; throws; fleece blankets; travelling rugs; lap robes; covers for cushions; pillowcases; tablemats of textile; table napkins of textile; place mats of textile; coasters of textile; flags of textile or plastic; blankets for household pets; wall hangings of textile; unfitted fabric furniture covers; bed covers; curtains of textile or plastic; household linen; sleeping bags

CLASS 25: Clothing, namely, polo shirts, sweatshirts, parkas, jackets, raincoats, pants, dresses, sweatpants, skirts, and sweaters; scarves; neck scarves; ear muffs; shirts; tee-shirts; pajamas; underwear; bathing suits; socks; gloves; bibs not of paper; hats; caps being headwear; cap peaks; belts for clothing; footwear; sports shoes; sandals; slippers; masquerade costumes; Halloween costumes

CLASS 28: Games, namely, card games, promotional game cards, puzzles, trading card games; toys, namely, toy balls, toy key chains, toy figures, water toys, plush toys, inflatable toys, party favors in the nature of small toys, toy balloons, toy building blocks, toy vehicle; stuffed toys; dolls; portable games with liquid crystal displays; protective films adapted for screens for portable games; video game machines; controllers for game consoles; arcade video game machines; board games; playing cards; protective carrying cases specially adapted for handheld video games; sports equipment, namely, sports balls, snowboards, skateboards, Badminton sets, swimming rings, water slides; ornaments for Christmas trees, except lights, candles and confectionery

CLASS 30: Tea; tea-based beverages; coffee; coffee-based beverages; cocoa; cocoa-based beverages; pastries; candies; ice cream; cookies; chocolate; popcorn; chewing gum; bread and buns; sandwiches; pizzas; pies; cakes; pancakes; frozen yogurt; crackers; mints for breath freshening; seasonings; ketchup; dressings for salad; cereal preparations, namely, oatmeal, corn flakes, breakfast cereals, cereal-based snack foods, and cereal bars; noodles; pasta; pasta sauce

CLASS 41: Entertainment services, namely, providing non-downloadable images featuring images of characters and scenes from an electronic game via a global computer network and wireless networks; entertainment services, namely, providing non-downloadable prerecorded music and sounds in the field of video games, all on-line via a global computer network; entertainment in the nature of orchestra performances; entertainment services, namely, providing temporary use of non-downloadable video games; entertainment services, namely, providing online electronic games; providing information in the field of entertainment; providing non-downloadable online electronic publications namely, online journals and interactive online logs featuring user generated or specified content in the field of video games and online publications in the nature of e-books in the field of video games; providing on-line videos featuring video games, not downloadable; providing online music, not downloadable; providing on-line computer games; organization of electronic game competitions for entertainment purposes; providing amusement arcade services

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 12-17-2019 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1544742A DATED 04-22-2020, EXPIRES 04-22-2030

SER. NO. 79-291,225, FILED 04-22-2020

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

**Reg. No. 2,345,332**

## United States Patent and Trademark Office

Registered Apr. 25, 2000

### TRADEMARK
### PRINCIPAL REGISTER

## ZELDA

NINTENDO OF AMERICA INC. (WASHING-
TON CORPORATION)
4820-150TH AVENUE NE
REDMOND, WA 98052

FOR: ELECTRONIC GAME PROGRAMS;
ELECTRONIC GAME SOFTWARE; VIDEO
GAME PROGRAMS; VIDEO GAME SOFT-
WARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 5-0-1987; IN COMMERCE
5-0-1987.

OWNER OF U.S. REG. NOS. 1,494,363,
1,742,389, AND 2,279,985.

SER. NO. 75-706,301, FILED 5-14-1999.

RONALD AIKENS, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# METROID

**Reg. No. 6,829,861**
**Registered Aug. 30, 2022**
**Int. Cl.: 14, 16, 18, 25, 28, 41**
**Service Mark**
**Trademark**
**Principal Register**

Nintendo of America Inc.  (WASHINGTON CORPORATION)
4600 150th Avenue NE
Redmond, WASHINGTON 98052

CLASS 14: Key rings; key chains comprised of split rings with decorative fobs or trinkets; charms for key rings; jewelry boxes; commemorative coins; collectible coins; jewelry; necklaces; bracelets; jewelry charms; earrings; tie pins; rings being jewelry; medals; ornamental lapel pins; shoe jewelry; watches; clocks; watch bands

CLASS 16: Office requisites, namely, office binders and file folders; wrapping paper; paper bags and sacks; place mats of paper; coasters of paper; table napkins of paper; tablecloths of paper; paper; stationery; paper notebooks; pen cases; paint boxes for use in schools; writing instruments; pens; pencils; rubber erasers; pencil sharpeners, electric or non-electric; printed postcards; printed greeting cards; stickers; wall decals; printed matter, namely, calendars, children's activities books, magazines and manuals in the field of video games; printed books in the field of children's entertainment, fiction stories, and video games; printed comic books; printed posters; paintings; photograph stands; paper party decorations

CLASS 18: Clothing for pets; collars for animals; bags, namely, book bags, carry-on bags, shoulder bags, handbags, backpacks, drawstring pouches, travel bags, and luggage; school bags; rucksacks; suitcases; credit card cases; purses; wallets; key cases; luggage tags; garment bags for travel; bags for sports; vanity cases, not fitted; umbrellas

CLASS 25: Clothing, namely, polo shirts, sweatshirts, parkas, jackets, raincoats, pants, dresses, sweatpants, skirts, and sweaters; shirts; tee-shirts; pajamas; underwear; bathing suits; socks; scarves; neck scarves; ear muffs; gloves; bibs not of paper; hats; caps being headwear; cap peaks; belts for clothing; footwear; sports shoes; sandals; slippers; masquerade costumes; Halloween costumes

CLASS 28: Games, namely, card games, promotional game cards, puzzles, trading card games; toys, namely, toy balls, toy key chains, toy figures, water toys, plush toys, inflatable toys, party favors in the nature of small toys, toy balloons, toy building blocks, toy vehicle; ride-on toys; ride-on toys and accessories therefor; stuffed toys; dolls; portable games with liquid crystal displays; protective films adapted for screens for portable games; video game machines; controllers for game consoles; hand-held units for playing video games; arcade video game machines; board games; playing cards; ornaments for Christmas trees, except lights, candles and confectionery; protective carrying cases specially adapted for handheld video games

CLASS 41: Entertainment services, namely, providing non-downloadable images featuring images of characters and scenes from an electronic game via a global computer network and wireless networks; entertainment services, namely, providing non-downloadable prerecorded music and sounds in the field of video games, all on-line via a global computer network; entertainment services, namely, providing temporary



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



use of non-downloadable video games; entertainment services, namely, providing online electronic games; providing information in the field of entertainment; providing non-downloadable online electronic publications, namely, online journals and interactive online blogs featuring user generated or specified content in the field of video games and online publications in the nature of e-books in the field of video games; providing on-line videos featuring video games, not downloadable; providing online music, not downloadable; presentation of live show performances; presentation of musical performances; arranging and conducting of concerts; organization and arrangement of video game events for entertainment purposes; organization and arrangement of entertainment shows and events; providing on-line computer games; organization of electronic game competitions for entertainment purposes; providing amusement arcade services

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 06-14-2021 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1621088A DATED 07-14-2021, EXPIRES 07-14-2031

SER. NO. 79-323,625, FILED 07-14-2021