## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CHEN JING and ZHOU RONG,<br><br>　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C23-1641 MJP |

___    **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court GRANTS the Motion for Default Judgment, ENTERS DEFAULT JUDGMENT in Plaintiffs' favor, AWARDS $7,030,158 against Defendants (which is the sum of: (1) $705,963 against Chen Jing; (2) $6,276,543 against Zhou Rong; and (3) $47,652 against both Jing and Rong), and PERMANTENTLY ENJOINS Defendants on the terms set forth in the Order granting Default Judgment.

\\

\\

Dated March 3, 2025.

                                              <u>Ravi Subramanian          </u>
                                              Clerk of Court

                                              <u>s/ Kathleen Albert          </u>
                                              Deputy Clerk