AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Western District of Washington__ on the following

☒ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>23-1641 | DATE FILED | U.S. DISTRICT COURT<br>Western District of Washington |
|---|---|---|
| PLAINTIFF<br>AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and NINTENDO OF AMERICA INC., a Washington corporation | | DEFENDANT<br>Individuals and/or Entities Doing Business as Certain Amazon Selling Accounts Identified in SCHEDULES 1A and 1B; and DOES 1-10 |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  See Attachment | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Order granting Plaintiff's Motion for Default Judgment against Defendants Chen Jing and Zhou Rong entered on 3/3/2025 at Dkt. No. 38 and Judgment entered at Dkt. No. 39. |

| CLERK<br>Ravi Subramanian | (BY) DEPUTY CLERK<br>/s/Kathleen Albert | DATE<br>3/3/2025 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

# Attachment

| NO. | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1,689,015 | 5/26/1992 | Nintendo of America Inc. |
| 2 | 2,358,736 | 6/13/2000 | Nintendo of America Inc. |
| 3 | 2,515,001 | 12/4/2001 | Nintendo of America Inc. |
| 4 | 2,578,692 | 6/11/2022 | Nintendo of America Inc. |
| 5 | 2,803,207 | 1/6/2004 | Nintendo of America Inc. |
| 6 | 3,408,725 | 4/8/2008 | Nintendo of America Inc. |
| 7 | 3,408,763 | 4/8/2008 | Nintendo of America Inc. |
| 8 | 3,447,655 | 6/17/2008 | Nintendo of America Inc. |
| 9 | 4,234,454 | 10/30/2012 | Nintendo of America Inc. |
| 10 | 4,791,747 | 8/11/2015 | Nintendo of America Inc. |
| 11 | 4,863,365 | 12/1/2015 | Nintendo of America Inc. |
| 12 | 4,905,782 | 2/23/2016 | Nintendo of America Inc. |
| 13 | 4,946,348 | 4/26/2016 | Nintendo of America Inc. |
| 14 | 4,988,289 | 6/28/2016 | Nintendo of America Inc. |
| 15 | 5,024,203 | 8/16/2016 | Nintendo of America Inc. |
| 16 | 5,192,374 | 4/25/2017 | Nintendo of America Inc. |
| 17 | 5,228,602 | 6/20/2017 | Nintendo of America Inc. |
| 18 | 5,277,680 | 8/29/2017 | Nintendo of America Inc. |
| 19 | 5,964,030 | 1/21/2020 | Nintendo of America Inc. |
| 20 | 6,082,304 | 6/23/2020 | Nintendo of America Inc. |

2

| NO. | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 21 | 6,109,886 | 7/28/2020 | Nintendo of America Inc. |
| 22 | 6,110,151 | 7/28/2020 | Nintendo of America Inc. |
| 23 | 6,187,440 | 11/3/2020 | Nintendo of America Inc. |
| 24 | 6,213,745 | 12/8/2020 | Nintendo of America Inc. |
| 25 | 6,291,670 | 3/16/2021 | Nintendo of America Inc. |
| 26 | 2,345,332 | 4/25/2000 | Nintendo of America Inc. |
| 27 | 6,829,861 | 8/30/2022 | Nintendo of America Inc. |